United States District Court
Southern District of Texas
**ENTERED**
April 09, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

RAMOS TORRES,                          §
                                       §
            Petitioner,                §
                                       §
v.                                     §     CIVIL ACTION NO. H-26-2004
                                       §
PAMELA BONDI, et al.,                  §
                                       §
            Respondents.               §

## FINAL JUDGMENT

In accordance with the court's Order denying Petitioner's Petition for Writ of Habeas Corpus, this action is **DISMISSED WITH PREJUDICE**.

Costs will be taxed against the Petitioner.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 9th day of April, 2026.

_____
            SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE